UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

FILED by ___ D.C.
JAN 24 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

SIMILOR DESSALINES
(Write the full name of the plaintiff)

vs.

JULIE JONES, SEC. OF FLDOC; Dr. Marceus, WEXFORD Med., Individual Capacity;
WARDEN ~~STEIN~~ REID, MARTIN C.I. Individual Capacity;
SERGEANT LOBO, Individual Capacity; NURSE SNAIL, WEXFORD MED. Individual Capacity;
SERGEANT WHITE, Individual Capacity;
(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

I. Party Information

A. Plaintiff: Similor Dessalines
   Address: Walton Correctional Institution
            DeFuniak Springs, Florida 32433
   Inmate/Prison No.: B03262

   Year of Birth: 1983 _____ (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Julie Jones           Defendant: Warden ~~Stein~~ REID
   Official Position: Secretary     Official Position: Warden
   Place of Employment: FL.D.O.C.   Place of Employment: FL.D.O.C.

   (Write the full name of each defendant, official position and place of employment. Attach a
   separate page if you need additional space for additional defendants.) (See attachment.)

B. Attachment:

Defendant: Sergeant Lobo
Official Position: Sergeant
Place of Employment: FL. D.O.C.

Defendant: Sergeant White
Official Position: Sergeant
Place of Employment: FL. D.O.C.

Defendant: Dr. Marceus
Official Position: Doctor
Place of Employment: FL. D.O.C.; Wexford Medical Health

Defendant: Nurse Snail
Official Position: Nurse
Place of Employment: FL. D.O.C.; Wexford Medical Health

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

The Plaintiff, Similor Dessalines, was having severe abdomen pains on his right side. On January 9, 2016, Plaintiff declared a medical emergency to Dorm Sergeant White where the Plaintiff was choking and coughing up blood. The Plaintiff was taken to the institution medical center in a wheelchair where he was treated by Nurse Snail, Wexford Medical Staff. Nurse Snail had issued the Plaintiff some ibuprophen pills then sent the Plaintiff back to his dorm and she stated that "he is faking an illness." (See Attachment.)

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

The Plaintiff requests that he be compensated by all listed Defendants in the pending action for liability and punitive damages in the amount of $400,000 per day for the actions, i.e., negligence and medical malpractice.

During a period of 19 days, the Plaintiff signed up for institution sick call and declared several medical emergencies which resulted in the same treatment as before and issued ibuprophen pills by Dr. Marceus.

On January 28, 2016, upon making his security point rounds, the Plaintiff asked Sergeant Lobo for medical assistance and Sergeant Lobo stated "there is not much medical will do that the Plaintiff was required to sign up for another sick call." While Sergeant Lobo was making a second security round he noticed the Plaintiff sweating profusely and puking up large amount of blood. Sergeant Lobo requested medical to bring a wheelchair and immediate medical assistance due to the Plaintiff's status.

On January 28, 2016, the Plaintiff was rushed to Martin North Hospital due to internal bleeding, abdomen pains, because of Martin Correctional Institution Staff, Sergeant White and Sergeant Lobo, and Wexford Medical Health, Nurse Snail and Dr. Marceus negligence which could have been avoided if they would have taken the Plaintiff's medical condition seriously. While at Martin North Hospital, the Plaintiff had to undergo numerous blood infusion where the Plaintiff went into a coma and nearly lost his life because of a ruptured gall blader and liver that caused internal bleeding, severe abdomenal pains. The Plaintiff is still suffering and needs medical treatment everyday as the result of negligence as stated above.

_____

_____

**IV. Jury Demand**

Are you demanding a jury trial?    √ Yes    ___ No

Signed this _____ day of _____, 20____

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on:_____

_____
Signature of Plaintiff

TON CORRECTIONAL INSTITUTION
INSTITUTION RD.
MIAM SPRINGS, FL 33433

MAILED FROM A CORRECTIONAL INSTITUTION

Hasler
01/20/2017
US POSTAGE $

UNITED STATES DIS. CT.
SOUTHERN DISTRICT FEDERAL COURT
701 CLEMATIS ST. ROOM 402
WEST PALM BEACH, FL 33401

Provided to Watton CI
On 1-19-17 for Mailing S
         Date
P. Officer Init... /MB