UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RECEPTION AND MEDICAL CENTER
DATE 12.10.18
INMATE INITIALS S.J.

JESSALINES SIMILOR
PLAINTIFF
VS.
DR. MARCEUS PIERRE
NURSE SNELL TRULLY
DEFFENDANTS

CASE NO: 17-CV-20297
JUDGE: MARTINEZ

FILED by _____ D.C.
OCT 18 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## MOTION FOR LEAVE TO AMMEND COMPLAINT TO OPPOSITION TO MOTION TO DISMISS

COMES NOW, PLAINTIFF JESSALINES SIMILOR, PRO SE PERSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE (12)(b). REQUEST LEAVE TO FILE AMENDMENT TO PLAINTIFF OPPOSITION TO MOTION TO DISMISS.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE READ THE FOREGOING MOTION AND HEREBY VERIFY THAT ALL MATTERS ALLEGED THEREIN ARE TRUE.

SERVICE LIST:

JOSEPH M. WINSBY
420 S. DIXIE HIGHWAY 3RD FLOOR
CORAL GABLES, FLORIDA 33146

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.
400 NORTH MIAMI AVE 8N09
MIAMI, FL 33128

ON THIS 12 DAY OF 10, 2018.    S. [signature]



MAILED FROM A
USMS/STATE CORRECTIONAL INSTITUTION
INSPECTED RECEIVED

DESSALINES SEMELOR
# B03362 - 02-105-U
RECEPTION MEDICAL CENTER
P.O. BOX 628
LAKE BUTLER, FL 32054-0628

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CLERK OF COURT 8N09
400 NORTH MIAMI AVE
MIAMI, FL 33128